# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DONALD JOSEPH MATTHEWS,<br><br>    Defendant. | Case No.: 20CR1933-WQH<br><br>I N F O R M A T I O N<br><br>Title 18, U.S.C., Sec. 371 – Conspiracy to Commit an Offense Against the United States |

The United States Attorney charges:

Beginning in approximately 2012 and continuing up to and including June, 2017, within the Southern District of California, and elsewhere, defendant DONALD JOSEPH MATTHEWS did knowingly and intentionally conspire with others known and unknown to commit offenses against the United States, to wit:

    a.  to violate the Anti-Kickback Statute by knowingly and willfully soliciting or receiving any remuneration, including any kickback or bribe, directly or indirectly, overtly or covertly, in cash or in kind, in return for purchasing, leasing, ordering, or arranging for or recommending purchasing, leasing, or ordering any good, facility, service, or item for which payment may be made in whole or in part under a Federal health care program, namely the Medicare program, in violation of 42 U.S.C. § 1320a-7b(b)(1)(B); and

b. to violate the Anti-Kickback Statute by knowingly and willfully offering or paying remuneration, including any kickback or bribe, directly or indirectly, overtly or covertly, in cash or in kind, to any person to induce the purchase, lease, order, or arrange for or recommend purchasing, leasing, or ordering any good, facility, service, or item for which payment may be made in whole or in part under a Federal health care program, namely the Medicare program, in violation of 42 U.S.C. § 1320a-7b(b)(2)(B); all in violation of 18 U.S.C. § 371.

DATED: July 7, 2020.

ROBERT S. BREWER, JR.
United States Attorney

*/s/ Joseph S. Green*
JOSEPH S. GREEN
ANDREW S. GALVIN
Assistant U.S. Attorneys

2