# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        V.<br><br>David Joseph Matthews,<br><br>                    Defendant. | Criminal Case No. 20cr1933-WQH<br><br>ORDER |

No objections having been filed, **IT IS ORDERED** that the Findings and Recommendation of the Magistrate Judge are adopted and this Court accepts Defendant's PLEA OF GUILTY to Count(s) 1 of the Information .

Dated: August 24, 2020

*William Q. Hayes*
Hon. William Q. Hayes
United States District Court