JOHN D. KIRBY
CA Bar No. 149496
110 West A Street, Suite 1100
San Diego, CA 92101
Tel (619)557-0100 Fax (619)557-0123

Attorney for Defendant: *DONALD JOSEPH MATTHEWS*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
(HONORABLE WILLIAM Q. HAYES)

| | |
|---|---|
| UNITED STATES GOVERNMENT, ) | CASE NO. 20-cr-01933-WQH |
| Plaintiff, ) | |
| vs. ) | **ACKNOWLEDGEMENT OF** |
| ) | **NEXT COURT DATE** |
| DONALD JOSEPH MATTHEWS ) | |
| Defendant, ) | |

I, DONALD JOSEPH MATTHEWS, hereby acknowledge that the Sentencing Hearing time set in the above captioned case for January 25, 2021 has been reset to July 26, 2021 at 9:00 A.M. which time I will appear before this Court in the above entitled matter.

Dated: 1-14-21

_____
DONALD JOSEPH MATTHEWS

*Acknowledgment of Next Court Date*

*U.S. v. Matthews Case No. 20CR01933-WQH*

1